AO 450(Rev. 5/85)Judgment in a Civil Case

# United States District Court
## Northern District of Illinois
### Eastern Division

CSMG International Ltd.

v.

Carmen Feliciano, et al.

**JUDGMENT IN A CIVIL CASE**

Case Number: 99 C 4407

☐ Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

■ Decision by Court. This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed for want of prosecution.

Michael W. Dobbins, Clerk of Court

Date: 4/25/2000

Mathew P. John, Deputy Clerk